### 4

Bill NEWTON v. STATE. (No. 9665.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. R. W. Cowan, of Mart, for appellant. Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Appellant was convicted of rape upon a female under the age of consent, and his punishment fixed at five years' confinement in the penitentiary. The transcript filed contains no bills of exception and no statement of facts accompanies it. The indictment and proceedings as reflected by the transcript appear to be regular, and no question is presented for review. The judgment is affirmed.

═══

### 5

Frank PATTERSON v. STATE. (No. 9827.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from District Court, Kerr County; R. H. Burney, Judge. W. C. Linden, of San Antonio, and Lee Wallace, of Kerrville, for appellant. Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Kerr county of selling intoxicating liquor, and his punishment fixed at one year in the penitentiary. In an affidavit made by the appellant in proper form, he requests that his appeal herein be dismissed. The request is granted. The appeal is dismissed.

═══

### 6

Emmitt PETTIETTE v. STATE. (No. 9702.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from District Court, Van Zandt County; Joel R. Bond, Judge. See, also, 272 S. W. 473. E. P. Miller, of Athens, for appellant. Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Appellant is under conviction for forgery, with punishment assessed at confinement in the penitentiary for two years. Since his appeal was perfected and the record filed in this court, he has filed his affidavit advising that he no longer desires to prosecute his appeal, but wishes to withdraw the same. Complying with his request, the appeal is ordered dismissed.

═══

### 7

Cincie RICE v. STATE. (No. 9758.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. W. French, of Dallas, for appellant. Shelby S. Cox, Cr. Dist. Atty., of Dallas, Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Conviction is under article 1030 of the Penal Code (article 1163 under the